United States District Court
Southern District of Texas
**ENTERED**
July 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA PILAR ALVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-184 |
| | § | |
| ASHRAF KAHN, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Came on to be considered Plaintiff Maria Pilar Alvarez, and Defendants, Ashraf Khan (improperly named as "Ashraf Kahn") and Net Freight Systems, Inc.'s *Joint Motion to Dismiss with Prejudice*. After considering the Motion, the Court is of the opinion that the motion is meritorious and should be GRANTED. It is therefore:

ORDERED, ADJUDGED & DECREED that any and all claims asserted by Plaintiff Maria Pilar Alvarez against Defendants Ashraf Kahn and Net Freight Systems, Inc. in the above-styled cause are hereby dismissed **with** prejudice.

All costs incurred are taxed against the party incurring the same.

SO ORDERED this 25th day of July, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge